FRANK VON VOLKUM, APPELLANT, v. SWIFT & CO., RESPONDENT.

Argued October 19, 1944—Decided January 4, 1945.

For the appellant, *David Roskein*.

For the respondent, *Edwards, Smith & Dawson*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, PERSKIE, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 11.

*For reversal*—None.